Exhibit A – Placeholder

HC_001 - 1200 6th Flr Pod 1A

(Flashdrive to be delivered to the clerk)