United States District Court
Southern District of Texas
ENTERED
October 21, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Elton Spicer, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-24-1170 |
| | § | |
| Harris County, et al., | § | |
| Defendants. | § | |

# AMENDED ORDER SETTING MEDIATION

**TO ALL PARTIES AND COUNSEL OF RECORD**:

The above matter was referred to United States Magistrate Judge Peter Bray for mediation. You are hereby notified that the mediation is scheduled for:

**December 3, 2024, at 1:00 p.m.**
in Courtroom 703 (7th Floor)
United States Courthouse
515 Rusk Street
Houston, TX 77002

## CONFIDENTIALITY

It is ORDERED that the mediation is confidential. Any matters discussed with the court in its role as the mediator will not be made part of the record and shall be kept in confidence by all attendees. Recording of the mediation by any means is strictly prohibited.

## REQUIRED ATTENDANCE AT THE MEDIATION

The following people must attend the mediation:

The attorneys who will try the case.

All parties, including a person having full authority to negotiate and to settle the case on any terms.

No one else may attend, unless all counsel and the court agree in advance.

## CONFIDENTIAL MEDIATION STATEMENT

On or before November 22, 2024, each party will deliver directly to chambers (Room 7720) a confidential mediation statement, which **should not be filed** with the Clerk of the Court, **nor served** upon the other parties. Brevity is encouraged. Delivery to chambers may be accomplished by emailing the statement to the court's case manager.

The confidential mediation statement must include:

1. A brief statement of the facts of the case;
2. A brief statement of the claims and defenses, with a discussion of the major issues in dispute;
3. An estimate of the cost and time that has been invested to date, and that is expected to be expended for further discovery, pretrial and trial;
4. The relief sought;
5. The current status of settlement negotiations and a brief history of efforts to settle the case; and
6. The name, title, and role of each person that will attend the mediation.

**PRE-MEDIATION CONFERENCE CALL**

The court will hold a conference call with lead attorneys (no clients) on December 2, 2024,, at 4:00 p.m. to discuss the mediation process and preparation. The conference will be conducted by Zoom and instructions will be emailed to the attorneys at a later date.

Signed at Houston, Texas, on October 21, 2024.

Peter Bray
United States Magistrate Judge